**Carl Dean HUMPHREY, Respondent,**

v.

**Melinda Ann HUMPHREY, Appellant.**

No. WD 54786.

Missouri Court of Appeals,
Western District.

June 16, 1998.

Edward L. Campbell, Kirksville, for respondent.

Seth D. Shumaker, Kirksville, for appellant.

Mark L. Williams, Kirksville, Guardian Ad Litem.

Before HANNA, P.J., and LAURA DENVIR STITH and EDWIN H. SMITH, JJ.

### Order

PER CURIAM.

Melinda Ann Humphrey appeals the judgment of the Circuit Court of Adair County modifying the custody of her daughter, Lindsey, and ordering her to pay the court costs, including guardian *ad litem* fees.

Judgment affirmed. Rule 84.16(b).